JUDGE BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>    )<br>EARL JAY ESHLEMAN, )<br>    )<br>    Defendant. )<br>_____ ) | NO. CR10-5312RJB<br><br>ORDER TO ALLOW FILING OF PRETRIAL MOTION SUBSEQUENT TO MOTION CUTOFF DATE |

THIS MATTER having come on regularly before the Court upon the Motion of the Defendant for leave to file his pretrial motion to suppress evidence on October 18, 2010, rather than October 15, 2010, the date set for the Motion cutoff in this matter; the Court having considered the instant motion, the supporting declaration, the Government's response, and the file in this proceeding; and the Court finding good cause to allow the late filing of the motion and finding no significant prejudice to the Government; now, therefore, it is hereby

ORDERED that the Defendant's Motion to suppress evidence is authorized to be filed on and accepted by the Court on October 18, 2010.

DATED: October 18, 2010.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

Presented by:

_____
THOMAS A. CENA, JR., WASBA NO 6539
Attorney for Defendant

Order

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA 98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com