JUDGE BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EARL JAY ESHLEMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR10-5312RJB <br><br> ORDER ALLOWING FILING OF <br> DOCUMENTS UNDER SEAL |

THIS MATTER having come on regularly before the above-entitled Court upon Motion of Defendant, EARL JAY ESHLEMAN, the Court finding it appropriate to allow the filing of the following documents under seal:   sentencing memorandum of Defendant; now, therefore, it is hereby

ORDERED that the above document be filed under seal in this proceeding.

DATED this 21st day of March, 2011.

_____
ROBERT J. BRYAN
United States District Judge

Presented by
/s/  Thomas A. Cena, Jr._____
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant

Order Allowing Filing of Documents Under Seal

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com