JUDGE BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR10-5312RJB |
| vs. | ) ORDER AMENDING JUDGMENT AND SENTENCE |
| EARL JAY ESHLEMAN, | ) |
| Defendant. | ) |

THIS MATTER having come on regularly before the above-entitled Court upon the motion of the Defendant, Earl Eshleman, the Court having reviewed motion and declaration filed by the Defendant; having considered response from the Government, having considered the files and records of this proceeding and being in all respects fully advised, now, therefore, it is hereby

ORDERED that the Judgment and Sentence in this proceeding shall be and hereby is amended in the following respect; the term of imprisonment imposed with respect to this matter is reduced from that of 120 months to that of 115 months, 2 days.

DATED: June 20, 2011.

_____
ROBERT J. BRYAN
United States District Judge

Presented by
Thomas A. Cena, Jr.
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant

Order

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA 98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com